# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-3609

_____

Simon Choch

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 3, 2019
Filed: October 11, 2019
[Unpublished]

_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Simon Choch petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's order finding him removable for having committed an aggravated felony; and denying him cancellation of removal, asylum, withholding of removal, and deferral of removal under the Convention Against Torture. Having jurisdiction under 8 U.S.C. § 1252(a)(2)(C) and (D) to review

constitutional claims or questions of law, including whether a conviction qualifies as an aggravated felony, and after careful consideration of the petition, this court finds no basis for reversal.

The petition is denied. *See* 8th Cir. R. 47B.

_____